UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OVERLAND STORAGE, INC., | ) | Case No. 10cv1700-JLS (BLM) |
| Plaintiff, | ) ) | **ORDER SETTING HEARING AND DEADLINE TO FILE MOTION TO STAY** |
| v. | ) ) | |
| BDT AUTOMATION TECHNOLOGY (ZHUHAI FTZ) CO., LTD., et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTER-CLAIMS | ) ) | |

On September 11, 2012, the Court convened a telephonic Case Management Conference with the attorneys in the following cases: <u>Overland Storage, Inc. v. Quantum Corporation et al.</u>, 12cv1599-JLS (BLM), <u>Overland Storage, Inc. v. Spectra Logic Corporation</u>, 12cv1597-JLS (BLM), <u>Overland Storage, Inc. v. Pivotstar, LLC,</u> 12cv1598-JLS (BLM), <u>Overland Storage, Inc. v. Qualstar Corporation</u>, 12cv1605-JLS (BLM), <u>Overland Storage, Inc. v. BDT AG et al.</u>, 10cv1700-JLS (BLM), and <u>Overland Storage, Inc. v. Tandberg Data GMBH et al.</u>, 12cv1604-JLS (BLM). The case did not settle and during the conference, the parties reminded the Court that the original case is stayed pending a final determination by the International Trade Commission ("ITC"). See <u>Overland Storage, Inc. v. BDT AG et al.</u>, 10cv1700-JLS (BLM). Several defendants in these related cases have moved to stay their cases pending the final ruling from the ITC. The

remaining defendants are undecided whether they will file similar motions. Based on the representations made by counsel, the Court finds it appropriate to set the following deadlines:

    1.    Any motion to stay the litigation based upon the ITC proceedings must be filed on or before **October 1, 2012**.

    2.    A hearing on any pending motion to stay will be conducted before District Judge Janis L. Sammartino on **December 6, 2012** at **1:30 p.m.** in Courtroom 6.

**IT IS SO ORDERED.**

DATED: September 12, 2012

BARBARA L. MAJOR
United States Magistrate Judge